| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA | |
| Case number (if known) | Chapter 11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Strategic Asset Acquisition LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  86-1106912

4. **Debtor's address**

   Principal place of business

   4425 N 24th St
   Suite 200
   Phoenix, AZ 85016
   Number, Street, City, State & ZIP Code

   Maricopa
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    **Strategic Asset Acquisition LLC**                     Case number (if known) _____
          Name

7. Describe debtor's business     A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply:*
        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.
    District _____  When _____  Case number _____
    District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor  **See Attachment**                  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **Strategic Asset Acquisition LLC**            Case number *(if known)* _____
        Name

11. **Why is the case filed in this district?**

    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                           Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**

    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 2:17-bk-00799-PS    Doc 1    Filed 01/27/17    Entered 01/27/17 12:15:05    Desc
Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3
Main Document    Page 3 of 15

| Debtor | Strategic Asset Acquisition LLC | Case number (if known) |
|---|---|---|
| | Name | |

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 27, 2017__
MM / DD / YYYY

X /s/ James R. Barrons
Signature of authorized representative of debtor

James R. Barrons
Printed name

Title __Managing Member__

**18. Signature of attorney**

X /s/ Michael W. Carmel
Signature of attorney for debtor

Date January 27, 2017
MM / DD / YYYY

Michael W. Carmel
Printed name

Michael W. Carmel, Ltd.
Firm name

80 E. Columbus Avenue
Phoenix, AZ 85012
Number, Street, City, State & ZIP Code

Contact phone (602) 264-4965    Email address michael@mcarmellaw.com

007356
Bar number and State

Debtor  **Strategic Asset Acquisition LLC**  
Name

Case number (if known) _____

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number (if known) _____  Chapter __11__ |

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | 56th Street Classic Car Spa LLC | | | Relationship to you | |
|---|---|---|---|---|---|
| District | Arizona | When | 1/27/17 | Case number, if known | Unknown |
| Debtor | Grant Road Classic Car Spa LLC | | | Relationship to you | |
| District | Arizona | When | 1/27/17 | Case number, if known | Unknown |
| Debtor | Palm Valley Classic Car Spa LLC | | | Relationship to you | |
| District | Arizona | When | 1/27/17 | Case number, if known | Unknown |
| Debtor | Warner and McQueen Classic Car Spa LLC | | | Relationship to you | |
| District | Arizona | When | 1/27/17 | Case number, if known | Unknown |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Strategic Asset Acquisition LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 27, 2017        X /s/ James R. Barrons
                                        Signature of individual signing on behalf of debtor

                                        James R. Barrons
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Strategic Asset Acquisition LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Am Trust North America PO Box 6939 Cleveland, OH 44101-1939 | | | | | | $16,839.00 |
| Arizona Air Compressor 3520 W Osborn Phoenix, AZ 85019 | | | | | | $1,691.52 |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | | $3,196.96 |
| BC Landscaping Services 1293 W Glenmere Dr Chandler, AZ 85244 | | | | | | $1,120.00 |
| Carwash Services, Inc. 945 S Hohokam Tempe, AZ 85281 | | | | | | $66,389.58 |
| Central Chemical, Inc. PO Box 927 Mesa, AZ 85211 | | | | | | $1,427.00 |
| City of Tucson PO Box 28804 Tucson, AZ 85726-8804 | | | | | | $9,935.73 |
| Clipper Marketplace 2873 N Nevada St Chandler, AZ 85225 | | | | | | $4,145.52 |
| Cobblestone Classic 31, LLC 3739 E Bell Rd Phoenix, AZ 85032 | | | | | | $117,159.76 |

| Debtor | Strategic Asset Acquisition LLC | | Case number (if known) | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cobblestone Classic 34, LLC<br>3739 E Bell Rd<br>Phoenix, AZ 85032 | | | | | | $213,006.29 |
| Cobblestone Classic 35, LLC<br>3739 E Bell Rd<br>Phoenix, AZ 85032 | | | | | | $101,595.82 |
| Desert Schools Federal Credit Union<br>c/o Squire Patton Boggs (US) LLP<br>1 E. Washington St., #2700<br>Phoenix, AZ 85004 | | Guaranty Liability | Disputed | | | $21,255,750.17 |
| First Financial Investment Group<br>4425 N 24th ST, #200<br>Phoenix, AZ 85016 | | | | | | $1,700.00 |
| G&K Services<br>PO Box 842385<br>Boston, MA 02284-2385 | | | | | | $4,337.96 |
| Integra Telecom<br>PO Box 2966<br>Milwaukee, WI 53201-2966 | | | | | | $2,419.39 |
| KTTU<br>PO Box 101473<br>Pasadena, CA 91189-1473 | | | | | | $1,250.00 |
| Manuel & Brothers Landscape Maintenance<br>3415 W Purdue Ave<br>Phoenix, AZ 85051 | | | | | | $591.00 |
| MCO, Inc.<br>PO Box 459<br>Youngtown, AZ 85363-0459 | | | | | | $2,911.17 |
| Superstition Body & Paint<br>3910 E Main St<br>Mesa, AZ 85205 | | | | | | $1,083.44 |
| Tucson Electric Power<br>PO Box 80077<br>Prescott, AZ 86304-8077 | | | | | | $1,728.59 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Strategic Asset Acquisition LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.99 |
|---|---|---|---|
| | **addart**<br>**11222 W Roma Ave**<br>**Phoenix, AZ 85037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,839.00 |
|---|---|---|---|
| | **Am Trust North America**<br>**PO Box 6939**<br>**Cleveland, OH 44101-1939** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,691.52 |
|---|---|---|---|
| | **Arizona Air Compressor**<br>**3520 W Osborn**<br>**Phoenix, AZ 85019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|
| | **Arizona Department of Weights & Measures**<br>**4425 W Olive Ave, #134**<br>**Glendale, AZ 85302-3844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Strategic Asset Acquisition LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,196.96 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Avaya, Inc.**<br>**PO Box 5125**<br>**Carol Stream, IL 60197-5125** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**BC Landscaping Services**<br>**1293 W Glenmere Dr**<br>**Chandler, AZ 85244** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,120.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Carwash Services, Inc.**<br>**945 S Hohokam**<br>**Tempe, AZ 85281** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66,389.58 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Central Alarm, Inc.**<br>**PO Box 5506**<br>**Tucson, AZ 85703-0506** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $202.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Central Chemical, Inc.**<br>**PO Box 927**<br>**Mesa, AZ 85211** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,427.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>**Central Insurance Companies**<br>**PO Box 828**<br>**Van Wert, OH 45891-0828** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.42 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Strategic Asset Acquisition LLC | Case number (if known) | |
|---|---|---|---|

### 3.12
**Nonpriority creditor's name and mailing address**
City of Scottsdale - License
PO Box 1929
Scottsdale, AZ 85252-1586

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

### 3.13
**Nonpriority creditor's name and mailing address**
City of Tucson
PO Box 28804
Tucson, AZ 85726-8804

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,935.73**

---

### 3.14
**Nonpriority creditor's name and mailing address**
City of Tucson Alarm
1310 W Miracle Mile
Westside Police Center
Tucson, AZ 85705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

### 3.15
**Nonpriority creditor's name and mailing address**
City of Tucson, Arizona
PO Box 27320
Collection Section
Tucson, AZ 85726-7321

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$115.60**

---

### 3.16
**Nonpriority creditor's name and mailing address**
Clipper Marketplace
2873 N Nevada St
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,145.52**

---

### 3.17
**Nonpriority creditor's name and mailing address**
Cobblestone Classic 31, LLC
3739 E Bell Rd
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$117,159.76**

---

### 3.18
**Nonpriority creditor's name and mailing address**
Cobblestone Classic 34, LLC
3739 E Bell Rd
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$213,006.29**

---

| Debtor | Strategic Asset Acquisition LLC | Case number (if known) | |
|---|---|---|---|

### 3.19
**Nonpriority creditor's name and mailing address**
Cobblestone Classic 35, LLC
3739 E Bell Rd
Phoenix, AZ 85032

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$101,595.82**

### 3.20
**Nonpriority creditor's name and mailing address**
Computer Concern, Inc.
426 E Southern Ave #101
Tempe, AZ 85282

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100.26**

### 3.21
**Nonpriority creditor's name and mailing address**
Crescent Security Systems, LLC
1400 N Providence Rd, #3055
Media, PA 19063-2068

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

### 3.22
**Nonpriority creditor's name and mailing address**
Damages

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$233.64**

### 3.23
**Nonpriority creditor's name and mailing address**
Desert Schools Federal Credit Union
c/o Squire Patton Boggs (US) LLP
1 E. Washington St., #2700
Phoenix, AZ 85004

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Guaranty Liability**

Is the claim subject to offset? ■ No ☐ Yes

**$21,255,750.17**

### 3.24
**Nonpriority creditor's name and mailing address**
Directv
PO Box 5006
Carol Stream, IL 60197-5006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$183.28**

### 3.25
**Nonpriority creditor's name and mailing address**
First Financial Investment Group
4425 N 24th ST, #200
Phoenix, AZ 85016

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

| 3.26 | Nonpriority creditor's name and mailing address<br>First Financial Strategies, Inc.<br>4425 N 24th St, #200<br>Phoenix, AZ 85016 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.27 | Nonpriority creditor's name and mailing address<br>G&K Services<br>PO Box 842385<br>Boston, MA 02284-2385 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,337.96 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.28 | Nonpriority creditor's name and mailing address<br>Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $406.51 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.29 | Nonpriority creditor's name and mailing address<br>Green Guard<br>4159 Shoreline Dr<br>St Louis, MO 63045 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15.21 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.30 | Nonpriority creditor's name and mailing address<br>Integra Telecom<br>PO Box 2966<br>Milwaukee, WI 53201-2966 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,419.39 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.31 | Nonpriority creditor's name and mailing address<br>Invision Electric, LLC<br>PO Box 1734<br>Higley, AZ 85236 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.32 | Nonpriority creditor's name and mailing address<br>KTTU<br>PO Box 101473<br>Pasadena, CA 91189-1473 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Strategic Asset Acquisition LLC | Case number (if known) | |
|---|---|---|---|

### 3.33
**Nonpriority creditor's name and mailing address**
Manuel & Brothers Landscape Maintenance
3415 W Purdue Ave
Phoenix, AZ 85051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$591.00**

### 3.34
**Nonpriority creditor's name and mailing address**
MCAOD
501 N 44th St, #200
Phoenix, AZ 85008

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

### 3.35
**Nonpriority creditor's name and mailing address**
MCO, Inc.
PO Box 459
Youngtown, AZ 85363-0459

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,911.17**

### 3.36
**Nonpriority creditor's name and mailing address**
Republic Services #845
PO Box 78829
Phoenix, AZ 85062-8829

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$268.23**

### 3.37
**Nonpriority creditor's name and mailing address**
Salt Works
PO Box 22273
Mesa, AZ 85277-2273

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$211.42**

### 3.38
**Nonpriority creditor's name and mailing address**
Southwest Gas Corporation
PO Box 98890
Las Vegas, NV 89150-0101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$135.21**

### 3.39
**Nonpriority creditor's name and mailing address**
Superstition Body & Paint
3910 E Main St
Mesa, AZ 85205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.44**

Case 2:17-bk-00799-PS    Doc 1    Filed 01/27/17    Entered 01/27/17 12:15:05    Desc
Main Document    Page 14 of 15

| Debtor | **Strategic Asset Acquisition LLC** | Case number (if known) | |
|---|---|---|---|

| 3.40 | Nonpriority creditor's name and mailing address<br>**The Telephone Company**<br>**20235 N Cave Cree Rd #104**<br>**Phoenix, AZ 85024**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $225.00 |
|---|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address<br>**Town of Gilbert Alarm**<br>**75 E Civic Center Dr**<br>**Gilbert, AZ 85296**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $50.00 |
| 3.42 | Nonpriority creditor's name and mailing address<br>**Town of Marana**<br>**11555 W Civic Center Dr**<br>**Marana, AZ 85653**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $40.00 |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Tucson Electric Power**<br>**PO Box 80077**<br>**Prescott, AZ 86304-8077**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,728.59 |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 21,812,031.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 21,812,031.67 |