Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>STRATEGIC ASSET ACQUISITION LLC,<br><br>      Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:17-bk-00799-PS |
| In re:<br><br>WARNER AND MCQUEEN CLASSIC CAR SPA LLC,<br><br>      Debtor. | Case No. 2:17-bk-00800-PS |
| In re:<br><br>GRANT ROAD CLASSIC CAR SPA LLC,<br><br>      Debtor. | Case No. 2:17-bk-00801-MCW |
| In re:<br><br>PALM VALLEY CLASSIC CAR SPA LLC,<br><br>      Debtor. | Case No. 2:17-bk-00802-MCW |
| In re:<br><br>56TH STREET CLASSIC CAR SPA, LLC,<br><br>      Debtor. | Case No. 2:17-bk-00803-DPC |

**MOTION FOR JOINT ADMINISTRATION**

STRATEGIC ASSET ACQUISITION LLC; WARNER AND MCQUEEN CLASSIC CAR SPA LLC; GRANT ROAD CLASSIC CAR SPA LLC; PALM VALLEY CLASSIC CAR SPA LLC; 56TH STREET CLASSIC CAR SPA LLC, Debtors and Debtors-in-Possession (collectively, the "**Debtors**"), through counsel, hereby request entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Rule 1016-1 of the Local Rules of the United States bankruptcy Court for the District of Arizona, directing that the Debtors' Chapter 11 cases be jointly administered.

**Background**

1. On January 27, 2017, Strategic Asset Acquisition LLC filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On January 27, 2017, Warner and McQueen Classic Car Spa LLC filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On January 27, 2017, Grant Road Classic Car Spa LLC filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. On January 27, 2017, Palm Valley Classic Car Spa LLC filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

5. On January 27, 2017, 56th Street Classic Car Spa LLC filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

6. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

7. No trustee, examiner, or official committee has been appointed in any of the cases.

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under U.S.C. §§ 1408 and 1409. The statutory predicates for the

relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

9. Each of the Debtors are limited liability companies formed under the statutes of the State of Arizona.

**<u>Relief Requested</u>**

10. This Motion has been filed in the lowest numbered case, with a copy sent to the Bankruptcy Judge in each of the other four (4) cases. By this Motion, the Debtors seek an order of the Court establishing the joint administration for procedural purposes of these affiliated cases.

11. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

12. The Debtors respectfully submit that the joint administration of these cases would be practical, expedient, less costly, and less time-consuming for the Debtors, the Court, and all parties-in-interest. The Debtors envision that most, if not all, of the motions, applications, hearings, and orders in these cases will affect each of the Debtors. Consequently, joint administration would facilitate the economic administration of these cases.

13. The Debtors propose to use the caption below for the jointly administered cases.

| In re: | Chapter 11 Proceedings |
|---|---|
| STRATEGIC ASSET ACQUISITION LLC; WARNER AND MCQUEEN CLASSIC CAR SPA LLC; GRANT ROAD CLASSIC CAR SPA LLC; PALM VALLEY CLASSIC CAR SPA LLC; 56TH STREET CLASSIC CAR SPA LLC,<br><br>Debtors. | Case No. 2:17-bk-00799-PS<br>Case No. 2:17-bk-00800-PS<br>Case No. 2:17-bk-00801-PS<br>Case No. 2:17-bk-00802-PS<br>Case No. 2:17-bk-00803-PS<br>(Jointly Administered) |

Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, except for proofs of claim and interest which should be filed in the case to which proofs are related.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the affiliated Debtors' cases, and for such other relief as is just in the circumstances.

DATED this 27th day of January, 2017.

                                 MICHAEL W. CARMEL, LTD.

                                 /s/*Michael W. Carmel* (007356)
                                    Michael W. Carmel
                                    80 East Columbus Avenue
                                    Phoenix, Arizona 85012-2334
                                    Attorney for Debtors

COPY of the foregoing sent via email this
27th day of January, 2017 to:

Office of the U.S. Trustee
Email: ustpregion14.px.ecf@usdoj.gov
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

Brian A. Cabianca, Esq.
Email: brian.cabianca@squirepb.com
Gregory A. Davis, Esq.
Email: Gregory.davis@squirepb.com
Mark Salzberg, Esq.
Email: mark.salzberg@squirepb.com
**Squire Patton Boggs (US) LLP**
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004
*Attorneys for Desert Schools Federal Credit Union*

By */s/ Sharon D. Kirby*